IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT
2017 JUL -5 PM 2: 50
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

IN RE: : CASE NO. 3:17mj302

SEALED DOCUMENT : ORDER TO SEAL CRIMINAL COMPLAINT, SUPPORTING AFFIDAVIT AND ARREST WARRANT

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Criminal Complaint, Supporting Affidavit and Arrest Warrant be sealed and kept from public inspection until further Order of this Court.

7-5-17
DATE

_____
SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE